UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KIM HEBERT, ET AL | CIVIL DOCKET NO.  6:23-CV-01399 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| PRECISION DRILLING CO L P, ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record and noting the Objections to Report and Recommendation filed [Doc. 51], this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc, 50] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the MOTION TO REMAND [Doc. 30] filed by Plaintiffs, Kim J. Hebert, Michael Shane Hebert, Sr., David Wayne Hebert, Cherie Hebert Serrette, Tanya Olivier, and Kim Joseph Serrette, as Trustee for the Lew Gregory Hebert 2018 Special Needs Trust, be DENIED.

THUS, DONE AND SIGNED in Chambers on this 19th day of September 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT COURT

.